IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN GOULD,

    Plaintiff,

v.                                                No. 1:19-cv-00382 WJ/JFR

MICHAEL WYSE,
WYSE ADVISORS, LLC,
DW PARTNERS, and
CRYSTAL FINANCIAL,

    Defendants.

## ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF CASE MANAGEMENT DEADLINES

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion for Extension of time of Case Management Deadlines (Doc. 97), and being fully advised in the premises, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the case management deadlines are extended as follows:

Termination date for discovery:  **February 17, 2023**

Motions relating to discovery:  **March 10, 2023**

Pretrial motions other than discovery motions:  **March 20, 2023**

All other requirements of the Order Adopting Joint Status Report and Provisional Discovery Plan and Setting Case Management Deadlines (Doc. 66) shall remain in effect.

**IT IS SO ORDERED.**

                                                    _____
                                                    JOHN F. ROBBENHAAR
                                                    United States Magistrate Judge

49637705 v1

Approved for Entry by:

HARRISON, HART & DAVIS, LLC

By:/s/ Nicholas T. Hart
Nicholas T. Hart
Daniel J. Gallegos
924 Park Avenue SW, Suite E
Albuquerque, NM  87102
505.295.3261
nick@harrisonhartlaw.com
daniel@harrisonhartlaw.com
*Attorneys for Plaintiff*

BURR & FORMAN LLP

By: *Approved by Email 12/19/2022*
Emily C. Taube
222 Second Avenue South, Suite 2000
Nashville, TN  37201
615.724.3237
etaube@burr.com
*Attorneys for Defendant DW Partners LP*

49637705 v1